JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YEHONATAN KAPACH, | ) | Case No. CV 20-6277 FMO (MAAx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| INTEL CORPORATION, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed**.

Dated this 14th day of December, 2020.

/s/
Fernando M. Olguin
United States District Judge